HANSEN, CULHANE, KOHLS, JONES & SOMMER, LLP
MICHAEL W. JONES  (State Bar No. 136872)
mjones@hansenkohls.com
3001 Lava Ridge Court, Suite 120
Roseville, CA 95661
Telephone:  (916) 781-2550
Facsimile:  (916) 781-5339

Attorneys for Plaintiff FARRELL, FRAULOB &
BROWN, a Professional Corporation


SEDGWICK, DETERT, MORAN & ARNOLD LLP
JULIA A. MOLANDER  (State Bar No. 83839)
julia.molander@sdma.com
DENISE TRANI-MORRIS (State Bar No. 127879)
denise.trani-morris@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635


Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FARRELL, FRAULOB & BROWN, a Professional Corporation, | CASE NO.  2:08-CV-00444 WBS GGH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL** |
| v. | [FRCP 41(a)(1)] |
| HARTFORD CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their

respective counsel of record, that the above-captioned action be and hereby is dismissed with

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1562345v1

-1-

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL

prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party

shall bear her or its own costs and attorneys' fees.


DATED:  March 3, 2009          HANSEN, CULHANE, KOHLS, JONES & SOMMER, LLP



                               By:/s/ Michael W. Jones
                                     Michael W. Jones
                                     Attorneys for Plaintiff
                                  FARRELL, FRAULOB & BROWN, PC


DATED:  March 3, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP



                               By:/s/ Denise Trani-Morris
                                     Julia A. Molander
                                     Denise Trani-Morris
                                     Attorneys for Defendant
                                  HARTFORD CASUALTY INSURANCE COMPANY



        IT IS SO ORDERED:



Dated:  March 4, 2009


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SF/1562345v1

-2-

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL